UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES E. WILLIAMS                                              CIVIL ACTION

VERSUS                                                         NO. 17-4235

BP EXPLORATION & PRODUCTION                                    SECTION M (1)
INC., *et al.*

# ORDER & REASONS

Before the Court is a *Daubert* motion *in limine* to exclude the general causation opinions of plaintiff's medical expert Dr. Jerald Cook filed by defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc. (collectively, "Defendants").[1]  Plaintiff James E. Williams responds in opposition,[2] and Defendants reply in further support of their motion.[3]

Also before the Court is Defendants' motion for summary judgment in which they argue that the case should be dismissed because Williams cannot prove general causation without Cook's opinions.[4]  Williams responds in opposition,[5] and Defendants reply in further support of their motion.[6]

Defendants' motions here are nearly identical to those filed by Defendants, and granted by this Court, in other B3 cases.  *See Carpenter v. BP Expl. & Prod., Inc.*, No. 17-3645, R. Doc. 64

---

[1] R. Doc. 42.
[2] R. Doc. 45.  Williams filed a motion to file exhibits under seal (R. Doc. 46), which is GRANTED.  The Court has considered the sealed exhibits.
[3] Defendants filed a motion for leave to file a reply (R. Doc. 48), which is GRANTED.  The Court has considered Defendants' reply.
[4] R. Doc. 43.
[5] R. Doc. 44.
[6] Defendants filed a motion for leave to file a reply (R. Doc. 49), which is GRANTED.  The Court has considered Defendants' reply.

(E.D. La. July 14, 2022); *Johns v. BP Expl. & Prod. Inc.*, 2022 WL 1811088 (E.D. La. June 2, 2022); *Johnson v. BP Expl. & Prod. Inc.*, 2022 WL 1811090 (E.D. La. June 2, 2022); *Macon v. BP Expl. & Prod. Inc.*, 2022 WL 1811135 (E.D. La. June 2, 2022); *Murray v. BP Expl. & Prod. Inc.*, 2022 WL 1811138 (E.D. La. June 2, 2022); *Street v. BP Expl. & Prod. Inc.*, 2022 WL 1811144 (E.D. La. June 2, 2022).

Accordingly, for the reasons stated in the Orders & Reasons issued in those cases,

IT IS ORDERED that Defendants' *Daubert* motion to exclude Cook (R. Doc. 42) is GRANTED.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment (R. Doc. 43) is GRANTED, and Williams's claims against them are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 14th day of July, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE